No. 565. E. HAMILTON ET AL. *v.* UNITED STATES. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry Bowden* and *Mr. George Sutherland* for petitioners. *The Solicitor General* for the United States.

---

No. 567. MORRIS LEVINSON *v.* UNITED STATES ET AL. Appeal from the Circuit Court of Appeals for the Second Circuit. October 25, 1920. Petition for a writ of certiorari herein denied. *Mr. Russell T. Mount,* for appellant, in support of the petition. *The Solicitor General,* for appellees, in opposition to the petition.

---

No. 381. ANDREW P. LOCKHART *v.* UNITED STATES. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. S. Littleton* and *Mr. Jesse M. Littleton* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.